State v. Woodring

From an adverse judgment, the plaintiff appealed.

*Marvin Lee Ritch for plaintiff appellant.*

*Carpenter, Golding, Crews & Meekins for defendant appellee.*

---

STATE OF NORTH CAROLINA v. CHARLES WILLIAM WOODRING
— AND —
STATE OF NORTH CAROLINA v. THURMAN WOODRING

No. 7130SC144

(Filed 28 April 1971)

APPEAL by defendants from *Snepp, Superior Court Judge,* October 1970 Session of Superior Court held in JACKSON County.

The defendants were tried upon a bill of indictment, proper

---

State v. Greene

---

in form, charging them with the felonies of breaking and entering and larceny.

From the judgment of imprisonment as youthful offenders after a plea of guilty, the defendants appealed.

*Attorney General Morgan and Assistant Attorney General Rich for the State.*

*Thomas W. Jones for defendant appellants.*

MALLARD, Chief Judge.

Upon competent evidence the trial judge found that the plea of guilty of each defendant was freely, understandingly and voluntarily made.

Court-appointed counsel, with commendable frankness, states that he is unable to find error in the trial. The Attorney General states that he finds no error entitling the defendants to a new trial. We have examined and considered the record, and we find no prejudicial error.

No error.

Judges PARKER and VAUGHN concur.